BEFORE THE SECOND DIVISION, FEBRUARY 15, 1965

No. 69075.—Lodge Spark Plug Co. and National Carloading Corp. et al. v. United States, protests 63/18100, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.